

FROM:
Julia Teryaeva-Reed
# 57914-037
FDC Miami
P.O. Box 019120
Miami FL 33101

RECEIVED
JUN 17 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO:
Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Ave
Box 36060
San Fransisco CA 94202

LEGAL MAIL



**PRIORITY® MAIL**

MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International; Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

International shipments, the maximum weight is 20 lbs.



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**

LEGAL



PS00001000014      EP14F July 2022
                   OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs. For i